ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| RANDALL JOSEPH BOOKOUT (01) | |



INFORMATION

The United States Attorney Charges:

### Count One

Possession with Intent to Distribute Methamphetamine
(Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C))

On or about March 19, 2014, in the Fort Worth Division of the Northern District of Texas, defendant **Randall Joseph Bookout** did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

Information – Page 1

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

                Respectfully submitted,

                JOHN R. PARKER
                ACTING UNITED STATES ATTORNEY

                /s/ C. Wolfe
                CHRISTOPHER R. WOLFE
                Assistant United States Attorney
                Texas State Bar No. 24008294
                801 Cherry Street, Suite 1700
                Fort Worth, Texas 76102
                Telephone: 817-252-5200
                Facsimile: 817-252-5455