ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 4:15-CR-069-O

RANDALL JOSEPH BOOKOUT

FACTUAL RÈSUMÈ

I. Plea:

The defendant is pleading guilty to Count One of the Information. The Information charges Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

II. Penalties:

The penalties the Court can impose include:

a. imprisonment for a period not to exceed twenty (20) years;

b. a fine not to exceed one million dollars ($1,000,000), or twice the pecuniary gain to the defendant or loss to the victim(s), or both such fine and imprisonment;

c. a term of supervised release of not less than three (3) years, which may be mandatory under the law and will follow any term of imprisonment. If the defendant violates any condition of the term of supervised release, the Court may revoke such release term and require that the defendant serve an additional period of confinement;

d. a mandatory special assessment of $100;

e. forfeiture of property; and

e. costs of incarceration and supervision.

Factual Resume - Page 1

III. <u>Elements of the Offense:</u>

In order to establish the offense alleged in Court One of the Information, the government must prove the following elements beyond a reasonable doubt:

<u>First:</u>    That the defendant knowingly possess a controlled substance;

<u>Second:</u>   That the substance was in fact methamphetamine; and

<u>Third:</u>    That the defendant possessed the substance with the intent to distribute it.

IV. <u>Stipulated Facts:</u>

On or about March 19, 2014, in the Northern District of Texas, defendant Randall Joseph Bookout did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

On or about March 19, 2014, M. Neal received one half ounce of methamphetamine from a supplier at her residence in Dallas, Texas. On that same day, Bookout drove to M. Neal's residence and received approximately one quarter ounce of methamphetamine from M. Neal. Bookout admits that he possessed this methamphetamine with the intent to distribute it.

AGREED AND STIPULATED on this 5th day of March, 2015.

_____        _____
Randall Joseph Bookout                  Colleen Dunbar
Defendant                               Counsel for Defendant

Factual Resume - Page 2