IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.  No. 4:15-CR-069-O

RANDALL JOSEPH BOOKOUT (01)

### WAIVER OF INDICTMENT

I, Randall Joseph Bookout, the above named defendant, who is accused of Possession with Intent to Distribute Methamphetamine, a violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), and being advised of the nature of the charges, of the proposed Information, and of my rights, hereby waive in open court on 3/18/15, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____   _____
RANDALL JOSEPH BOOKOUT            COLLEEN DUNBAR
Defendant                         Attorney for Defendant

Before: _____
JEFFREY L. CURETON
United States Magistrate Judge